# Court of Appeals, State of Michigan

## ORDER

Gilbert Stanow v William Beaumont Hospital

Docket No.     346641 / 347275

LC No.          2018-167805 NH / 2018-165819-NH

Amy Ronayne Krause
Presiding Judge

Mark J. Cavanagh

Douglas B. Shapiro
Judges

---

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued December 17, 2019 is hereby VACATED. A new opinion is attached to this order.

Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 1 7 2020

Date

Chief Clerk